**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00464-CR

**DAMIAN ARNOLD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76067-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth L. Kellett's May 18, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE